# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GWENN MARIE DAVIS**                                           **PLAINTIFF**

VS.                              No. 4:20-cv-00360 PSH

**ANDREW SAUL, Commissioner,**
   **Social Security Administration**                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE